## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0069 |
| ) | |
| **COURTNEY MATTHIAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**APPEARANCES:**

**Delia L. Smith, United States Attorney**
**Adam Sleeper, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Matthew A. Campbell, Federal Public Defender**
**Kia Danielle Sears, AFD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
    *For Courtney Matthias.*

### ORDER

**BEFORE THE COURT** is the United States' *Notice of Objection to the Magistrate Judge's Order Denying the Government's Motion for Reimbursement for Cost of Counsel and the Government's Motion Seeking Reconsideration of that Order*. (ECF No. 82.) For the reasons stated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the United States' objection, ECF No. 82, is **OVERRULED**; it is further

**ORDERED** that the motion to reconsider, ECF No. 82, is **DENIED**; and it is further

**ORDERED** that the Magistrate Judge's Order of April 5, 2021, is **AFFIRMED.**

**Date:** June 15, 2022
                                                          */s/ Robert A. Molloy*
                                                          **ROBERT A. MOLLOY**
                                                          **Chief Judge**